# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

MCALLEN DIVISION

UNITED STATES OF AMERICA

V.

Saul Alvarado-Natividad    **PRINCIPAL**
A202 007 826    YOB:    1984
Mexico

United States District Court
Southern District of Texas
**FILED**
OCT 0 5 2014
. Clerk of Court

## CRIMINAL COMPLAINT

Case Number:

**M-14-1944-M**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **October 4, 2014** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did, *(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Eddy Isaias Ordonez-Almendares and Marbin Jabier Ordonez-Meza, citizens and nationals of Honduras, along with eleven (11) other undocumented aliens, for a total of thirteen (13), who had entered the United States in violation of law, did knowingly transport, or move or attempts to transport said aliens by foot, in furtherance of such violation of law within the United States, that is, from a location near Mission, Texas to the point of arrest near Mission, Texas,**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)    FELONY**

I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

**On October 4, 2014, at approximately 5:50 A.M., Border Patrol Agents responded to sensor activation near Mission, Texas. Agents encountered 14 subjects, all of whom admitted to being in the United States illegally. All 14 were then transported to the McAllen Border Patrol Station for processing.**

**At the station, and through interviews, Saul ALVARADO-Natividad was determined to be the group's foot guide.**

**SEE ATTACHED**

Continued on the attached sheet and made a part of this complaint: [X] Yes [ ] No

_____
Signature of Complainant

**Derek Conrow    Senior Patrol Agent**
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

**October 5, 2014**    at    **McAllen, Texas**
Date                                        City and State

**Dorina Ramos    , U. S. Magistrate Judge**
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

**M-14-1944-M**

RE:  Saul Alvarado-Natividad                     A202 007 826

**CONTINUATION:**

**PRINCIPAL'S STATEMENT:**

Saul ALVARADO-Natividad was read his rights. He stated he was willing to provide a statement without an attorney.

ALVARADO told agents he was not involved in alien smuggling, and he was only a smuggled alien.

**MATERIAL WITNESSES' STATEMENTS:**

Both material witnesses were read their rights. Both stated they were willing to provide a statement without the presence of an attorney.

1- Eddy Isaias Ordonez-Almendares stated he is a citizen of Honduras, and he was charged $2,000 (USD) to be smuggled into the United States. Ordonez told agents he first met the foot guide at the stash house in Mexico. According to Ordonez, the foot guide arrived and announced he was the foot guide and he would smuggle them into the United States. The foot guide told the group to follow his instructions. After crossing the river, the foot guide made everyone lay down while he scouted for law enforcement. When all was clear, the foot guide instructed everyone to follow him. On several occasions, the foot guide made the group kneel down and wait. Ordonez told agents that when the foot guide saw the lights from Border Patrol, he ran to the back of the group. Ordonez identified ALVARADO in a photo lineup as the foot guide who crossed the river with him and led him through the United States.

2- Marbin Jabier Ordonez-Meza stated he is a citizen of Honduras and his uncle, Eddy Isaias Orodonez-Alemendares, made the arrangements to be smuggled into the United States. Ordonez met ALVARADO at the stash house in Mexico, where ALVARADO introduced himself to the group as the foot guide. After crossing the river, ALVARADO guided the group for approximately 20 minutes before being apprehended by Border Patrol. Ordonez identified ALVARADO in a photo lineup as the group's foot guide.